United States District Court

Eastern District of California

| | |
|---|---|
| Raul Montano, | |
|     Plaintiff, | No. Civ. S 05-1247 FCD PAN P |
|   vs. | Findings and Recommendations |
| State of California, et al., | |
|     Defendants. | |

-oOo-

December 28, 2005, the court dismissed plaintiff's complaint for failure to state a claim upon which relief could be granted and explained the complaint's deficiencies, giving plaintiff 30 days' leave to file an amended complaint correcting those deficiencies. The 30-day period now has expired and plaintiff has not filed an amended complaint.

Accordingly, I hereby recommend that this action be dismissed for failure to state a claim upon which relief could be granted. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).

1  Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these
2  findings and recommendations are submitted to the United States
3  District Judge assigned to this case.  Written objections may be
4  filed within 20 days of service of these findings and
5  recommendations.  The document should be captioned "Objections to
6  Magistrate Judge's Findings and Recommendations."  The district
7  judge may accept, reject, or modify these findings and
8  recommendations in whole or in part.
9  Dated:  February 7, 2006.

                                        /s/ Peter A. Nowinski  
                                        PETER A. NOWINSKI  
                                        Magistrate Judge